Ziad AKL, M.D., F.A.C.P.,
Plaintiff–Appellant,

v.

William DOUGHERTY, M.D.; Beth Dyson–Muskopf, Defendants–Appellees.

No. 06–1707.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 27, 2006.

280

Ziad Akl, Appellant Pro Se. Karen–Faye McTavish, Shaw Pittman, L.L.P., Washington, D.C., for Appellees.

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ziad Akl appeals the district court's order granting defendants' motions to dismiss the complaint in this diversity action. We have reviewed the record and find no reversible error in the district court's ruling that the complaint fails to state a claim on which relief can be granted. Accordingly, we affirm the decision of the district court. *Akl v. Dougherty,* No. 1:06–cv–00264–CMH (E.D. Va. filed June 7, 2006 & entered June 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*